FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RANDY GROUNDS, Warden,<br><br>　　　　Respondent. | Case No. SACV 11-0649-JST (JEM)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Respondent's Motion to Dismiss be granted and that Judgment be entered dismissing the Petition for Writ of Habeas Corpus with prejudice.

DATED: 9.30.11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE