```
                                    FILED
                            CLERK, U.S. DISTRICT COURT

                                  SEP 30 2011

                            CENTRAL DISTRICT OF CALIFORNIA
                            BY              DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN FRANCISCO, | Case No. SACV 11-0649-JST (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 9.30.11

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE